### TOMLINSON ET AL. *v.* JONES ET AL.

SUPREME COURT.—*Evidence.*—*Bill of Exceptions.*—Where the only question before the Supreme Court is as to the sufficiency of the evidence, and a por- tion of the evidence is not before that court by bill of exceptions, the judg- ment will not be disturbed.

APPEAL from the Wayne Common Pleas.

PETTIT, J.—This was a proceeding in aid of execution.

A transcript of the judgment, on which it is alleged the execution sought to be aided was issued, is made a part of the complaint, and it is said in a bill of exceptions pretending to contain the evidence, that it and the execution were had in evidence on trial before the court, but neither of these papers is anywhere in the transcript, and the clerk says they are not on file.

The attorneys of the appellants say in their brief, that the only question is as to the sufficiency of the evidence to justify the finding and judgment. As the whole evidence is not in the bill of exceptions, we cannot say that it was insufficient, but must presume in favor of the correctness of the action of the court.

The judgment is affirmed, at the costs of the appellants.

*W. A. Bickle, G. Holland, C. C. Binckley,* and *H. B. Payne,* for appellants.

*C. H. Burchenal,* for appellees.